FILED

08/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0234

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0234

STATE OF MONTANA ,

     Plaintiff and Appellee,

  v.

JAMESON THOMAS WOODS,

     Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including September 30, 2022, within which to prepare, serve, and file its response brief.

**BG**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 25 2022